BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
ELIZABETH BISLAND
Special Assistant United States Attorney
Domestic Security & Immigration
Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0319
     Facsimile: (213) 894-0141
     E-mail: Elizabeth.Bisland@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-MJ-03015-DUTY |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF PROPOSED ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT AGAINST EDUARDO TELESFORO TRINIDAD-ARIAS |
| EDUARDO TELESFORO TRINIDAD-ARIAS, | |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of

///

California, and Special Assistant United States Attorney Elizabeth Bisland, hereby lodges the attached ORDER FOR DISMISSAL OF MAGISTRATE'S COMPLAINT AGAINST EDUARDO TELESFORO TRINIDAD-ARIAS.

Dated: May 29, 2025                Respectfully submitted,

BILAL ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

         /s/ Elizabeth Bisland
ELIZABETH BISLAND
Special Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA