BILAL A. ESSAYLI
United States Attorney
By: ELIZABETH BISLAND (213-894-0319)
US Attorney's Office – Central District of California
United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>EDUARDO TELESFORO TRINIDAD-ARIAS,<br><br>DEFENDANT. | CASE NUMBER<br><br>2:25-MJ-03015-DUTY<br><br>**ORDER FOR DISMISAL OF MAGISTRATE'S COMPLAINT** |
|---|---|

A Magistrate's Complaint having been filed before the United States Magistrate Judge Michael B. Kaufman in Los Angeles, California, against the above-named defendant, charging violation of Title 8, United States Code, Section 1326(a), and the United States Attorney having moved for a dismissal of the complaint by the presentment of this Order,

IT IS HEREBY ORDERED that said Complaint be dismissed as to defendant EDUARDO TELESFORO TRINIDAD-ARIAS only without prejudice and that defendant be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge.

Date: _____

_____
Honorable A. Joel Richlin
United States Magistrate Judge

Presented by:

*/s/ Elizabeth Bisland*
ELIZABETH BISLAND
Special Assistant United States Attorney

**Complaint Filed: May 15, 2025**

**Is the person in custody?**
YES  ☒
NO   ☐