FILED
CLERK, U.S. DISTRICT COURT

MAY 23 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:25-MJ-3015 |
| v. | |
| Eduardo Telesforo Trinidad-Arcis DEFENDANT. | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |

I, Eduardo Telesforo Trinidad Arcis, declare that
(Defendant/Material Witness)

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☒ I have been issued a passport (expired passport) or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of May, 2025
at Los Angeles
(City and State)

x Eduardo T.A.
Signature of Defendant/Material Witness

If the declarant is not an English speaker, include the following:
I, Estella Moll, am fluent in written and spoken English and Spanish languages. I accurately translated this form from English into Spanish to declarant Eduardo Telesforo Trinidad Arcis on this date.

Date: 5/23/25

_____
Interpreter