UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  2:25-mj-03015                                   Date: 5/23/2025

Present: The Honorable:   A. Joel Richlin

Interpreter   Estella Moll / Spanish

| Claudia Garcia-Marquez | C/S 5/23/2025 | Chris Mills & John D. Ellis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Eduardo T. Trinidad-Arias | X | X | | Lisa Shinar LaBarre | X | X | |

**Proceedings:**

On May 21, 2025, the Court conducted an initial appearance for Defendant Eduardo Telesforo Trinidad-Arias ("Defendant").  At the initial appearance, defense counsel requested a continuance of the detention hearing.  The Court granted the request and continued the detention hearing to May 23, 2025 at 9:30 a.m.  At the continued detention hearing, the Court granted conditions of release.  The Court also directed that if the Government files a motion to dismiss the Complaint in this action, the Government shall submit that motion to the undersigned U.S. Magistrate Judge as opposed to the Document Duty Magistrate Judge.  Such a motion would obviously impact this Court's Order granting conditions of release and therefore should be presented to the undersigned U.S. Magistrate Judge.

IT IS SO ORDERED.

cc

                                                                    00 : 00
                                            **Initials of Deputy Clerk**  CGM

---

CR-11 (04/15)                      Criminal Minutes – General                      Page 1 of 1