BILAL A. ESSAYLI
United States Attorney
By: ELIZABETH BISLAND (213-894-0319)
US Attorney's Office – Central District of California
United States Courthouse
312 N. Spring Street
Los Angeles, CA  90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　PLAINTIFF,<br><br>　　　v.<br><br>EDUARDO TELESFORO TRINIDAD-ARIAS,<br><br>　　　　　　　　DEFENDANT. | CASE NUMBER<br><br>2:25-MJ-03015-DUTY<br><br>**ORDER FOR DISMISSAL**<br>**OF MAGISTRATE'S COMPLAINT** |

　　　A Magistrate's Complaint having been filed before the United States Magistrate Judge Michael B. Kaufman in Los Angeles, California, against the above-named defendant, charging violation of Title 8, United States Code, Section 1326(a), and the United States Attorney having moved for a dismissal of the complaint by the presentment of this Order,

　　　IT IS HEREBY ORDERED that said Complaint be dismissed as to defendant EDUARDO TELESFORO TRINIDAD-ARIAS only without prejudice and that defendant be released if in custody solely on this charge, or if not, that bond, if any, be exonerated on this charge.

Date: 6/05/2025

　　　　　　　　　　　　　　　　　　　　　　/s/ Joel Richlin
　　　　　　　　　　　　　　　　　　　　　　Honorable A. Joel Richlin
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

*/s/ Elizabeth Bisland*
ELIZABETH BISLAND
Special Assistant United States Attorney

**Complaint Filed: May 15, 2025**

**Is the person in custody?**
YES ☒
NO ☐